**Opinion issued June 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-23-00291-CR**
_____

**IN RE ANTHONY MORRIS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Anthony Morris ("Relator") filed a petition for writ of mandamus asking this Court to compel Respondent, the Honorable Nikita Harmon to "set aside counsel" and permit Relator in the underlying case "to proceed *pro se* with new

counsel only as standby."[1]  We deny Relator's petition for writ of mandamus.  TEX.

R. APP. P. 52.8(a).  All pending motions are denied as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]     The underlying case is *The State of Texas v. Anthony Dewayne Morris*, Cause No. 172684801010, pending in the 176th District Court of Harris County, Texas, the Honorable Nikita V. Harmon presiding.